|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

MICHAEL GONZALES,                )     1:03-CV-05363-AWI-DLB-P
                                 )
    Plaintiff,                   )     ORDER GRANTING EXTENSION OF
                                 )     TIME TO FILE AMENDED
    v.                           )     COMPLAINT
                                 )     (DOCUMENTS #32 & #33)
TOMLIN, et al.,                  )
                                 )     ORDER GRANTING REQUEST FOR
                                 )     COPY OF AMENDED COMPLAINT
    Defendants.                  )     (DOCUMENT #36)
                                 )
                                 )     ORDER FOR CLERK TO SEND COPY
                                 )     OF AMENDED COMPLAINT TO
                                 )     PLAINTIFF
_____)     (DOCUMENT #34)

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2006, and June 8, 2006, plaintiff filed motions to extend time to file an amended complaint, pursuant to the court's order of May 9, 2006. On June 14, 2006, plaintiff filed the amended complaint. Plaintiff's motion to extend time shall be granted nunc pro tunc.

Plaintiff has also requested a conformed copy of the amended complaint for his records. The request shall be granted.

Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1.   Plaintiff's motions to extend time to file an amended complaint are granted nunc pro tunc

1

1    to June 12, 2006;

2    2.   Plaintiff's request for a conformed copy of the amended complaint is GRANTED; and

3    3.   The Clerk is DIRECTED to send to plaintiff a conformed copy of the amended complaint

4         filed on June 14, 2006.

5    IT IS SO ORDERED.

6    Dated:   July 14, 2006                 /s/ Dennis L. Beck
     3c0hj8                              UNITED STATES MAGISTRATE JUDGE

2