IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO. CV-F-03-5363 AWI DLB P |
| Plaintiff, | ORDER DENYING MOTIONS FOR DISCOVERY |
| vs. | [Doc. 47, 49] |
| TOMLIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2007, plaintiff filed two separate motions for discovery.

The discovery phase of this litigation is not yet open. Plaintiff is directed to paragraph seven of the court's First Informational Order, filed June 6, 2003. In that order, plaintiff was specifically informed that he may not conduct discovery until defendants file an answer[1] and the court issues the discovery order. Accordingly, defendants are under no obligation to respond to plaintiff's discovery requests at this juncture.

In addition, once discovery is open, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks

---

[1] Defendants have not yet been served. The United States Marshal was directed to initiate service on defendants by order filed February 1, 2007.

1

1  relief from the court pursuant to the Federal Rules of Civil Procedure.  Interrogatories, requests for
2  admissions, requests for production of documents, deposition notices and responses thereto shall not be
3  filed with the court until there is a proceeding in which the document or proof of service is at issue.
4  Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-
5  250.  Discovery requests improperly filed with the court shall be stricken from the record.

      Accordingly, for the foregoing reasons, plaintiff's motions for discovery filed February 14, 2007 are HEREBY DENIED.

      IT IS SO ORDERED.

      Dated:   **February 28, 2007**           /s/ **Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE