IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL GONZALES,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**A. PEREZ, et al. ,**<br><br>　　　　　　　　　　Defendants. | 1:03-cv-5363 LJO DLB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

　　　　Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's Second Amended Complaint was considered by this Court and, good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file their response to Plaintiff's Second Amended Complaint.

　　　　IT IS SO ORDERED.

　　　　Dated:   **April 16, 2007**　　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE