IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO. CV-F-03-5363 AWI DLB P |
| Plaintiff, | ORDER DENYING MOTIONS FOR DISCOVERY |
| vs. | [Doc. 66, 67, 68] |
| TOMLIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2007, plaintiff filed three motions: (1) a motion requesting a copy of his 602 inmate appeal; (2) a motion for a video taped interview; and (3) a motion for discovery.

As plaintiff was previously advised, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, deposition notices and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-250. Discovery requests improperly filed with the court shall be stricken from the record.

1 | Accordingly, for the foregoing reasons, plaintiff's motions for discovery filed May 31, 2007 are
2 | HEREBY DENIED.

4 | IT IS SO ORDERED.
5 | **Dated:   June 7, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE