IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO. CV-F-03-5363 AWI DLB P |
| Plaintiff, | ORDER DENYING MOTIONS FOR DISCOVERY |
| vs. | [Doc. 79, 80, 81, 82] |
| TOMLIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On July 2, 2007, plaintiff filed four motions: (1) a motion requesting an extension of time to complete discovery; (2) a motion for discovery; (3) a motion for interrogatories; and (4) a motion to be present at all hearings.

Pursuant to the Discovery and Scheduling Order issued May 18, 2007, discovery closes November 20, 2007. Accordingly, plaintiff's request for an extension of discovery is premature and denied.

As plaintiff was previously advised, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, deposition notices and responses thereto shall not be

1

1  filed with the court until there is a proceeding in which the document or proof of service is at issue.
2  Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-
3  250.  Plaintiff's motions for discovery and interrogatories are therefore denied.
4      Finally, pursuant to Local Rule 78-230(m), motions in prisoner cases are submitted on the record
5  without oral argument unless otherwise ordered by the court.  When and if the case goes to trial, the
6  Court will issue the necessary orders for plaintiff's participation in all pretrial and trial matters.

8      IT IS SO ORDERED.
9      Dated:   **August 1, 2007**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE