**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GONZALES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOMLIN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-5363 AWI DLB P<br><br>ORDER DENYING MOTION<br>FOR DISCOVERY<br><br>[Doc. 89] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2007, plaintiff filed a motion for discovery requesting documents from defendants. In his motion, plaintiff also lists questions for defendants to answer.

Pursuant to the Discovery and Scheduling Order issued May 18, 2007, discovery closes November 20, 2007. As plaintiff has been repeatedly advised, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for admissions, requests for production of documents, deposition notices and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-250. Plaintiff's motion for discovery is therefore denied. Plaintiff must

1 serve the requests on defendants and if defendants fail to respond, plaintiff can then seek the assistance
2 of the court in compelling responses. In doing so, plaintiff should attach copies of the discovery served
3 on defendants for the court's reference.
4     IT IS SO ORDERED.
5     Dated:   October 18, 2007              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE