# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>               Plaintiff,<br><br>   v.<br><br>TOMLIN, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:03-cv-05363-LJO-DLB PC<br><br>ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES<br><br>[Docs. 95, 100] |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On February 4, 2008, the Court issued its Second Scheduling Order setting this matter for trial on April 21, 2008. In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily. The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

      On February 19 and February 20, 2008, plaintiff submitted the names of eight unincarcerated witnesses. Plaintiff does not know the address for two of the unincarcerated witnesses, and requests that the court conduct a "statewide search". Plaintiff further states that he is unable to pay for the travel expenses for all eight unincarcerated witnesses, and requests leave of the court to proceed in forma pauperis.

      The in forma pauperis status does not provide for the payment of witness fees or travel

1  expenses. 28 U.S.C. § 1915; <u>Dixon v. Ylst</u>, 990 F.2d 478, 480 (9th Cir. 1993); <u>Tedder v. Odel</u>, 890
2  F.2d 210, 211-12 (9th Cir. 1989). To the extent that plaintiff's motion is a request to the court to
3  waive or pay the witness fees or travel expenses, plaintiff's motion is denied on the grounds that
4  plaintiff's in forma pauperis status does not provide for the payment of such fees.

5        Three of the proposed witnesses are Correctional Officers at Corcoran State Prison. Plaintiff
6  also lists three MTAs at Corcoran State Prison as witnesses. The round trip mileage from Corcoran
7  to Fresno is 108 miles. The mileage rate is $.445 per mile. Accordingly, for each witness from
8  Corcoran, California, plaintiff must submit a money order made payable to the witness in the amount
9  of $88.06 ($40.00 witness fee plus $48.06 mileage).

10        Plaintiff is reminded that the subpoenas will not be served upon an unincarcerated witness
11  unless plaintiff notifies the court in writing of the unincarcerated witness' name and *location*.
12  Plaintiff's request for a "statewide search" for the locations of the remaining two unincarcerated
13  witnesses is denied.

14        Plaintiff is further reminded that <u>the subpoenas will not be served upon the unincarcerated
15  witness by the United States Marshal unless the money order is tendered to the court</u>. Because no
16  statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness
17  fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis.
18  **If plaintiff wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify**
19  **voluntarily, plaintiff must submit the money orders to the court no later than the date of the**
20  **pretrial conference, March 14, 2008.**

21      IT IS SO ORDERED.

22      **Dated:**   **February 26, 2008**           **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE