IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL GONZALES,**<br><br>                                    Plaintiffs,<br><br>          v.<br><br>**A. PEREZ, et al. ,**<br><br>                                    Defendants. | 1:03-cv-5363 LJO DLB<br><br>**AMENDED<br>ORDER<br>FOR SETTLEMENT<br>CONFERENCE** |

The Court, having considered the parties stipulation for a settlement conference, and good cause showing, orders that a settlement conference shall be convened before Magistrate Judge Dennis L. Beck, in Courtroom 9, on March 31, 2008, at 10:00 a.m.  Defendants' counsel will assist in making arrangements for Plaintiff's appearance at the settlement conference by video-conferencing.  The Court further orders that the due dates for the parties' pretrial statements and the trial date shall be vacated and rescheduled, if necessary, after the settlement conference.

     IT IS SO ORDERED.

     Dated:   **February 26, 2008**                         **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE

[Proposed] Order for Settlement Conference