# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>A. PEREZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-cv-05363-LJO-DLB PC<br><br>**ORDER REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO JUDGE BECK'S CHAMBERS ON OR BEFORE MARCH 24, 2008**<br><br><u>Settlement Conference:</u><br>March 31, 2008, at 10:00 a.m. in Courtroom 9 (DLB)<br><br><u>Telephonic Trial Confirmation:</u><br>May 16, 2008 at 9:00 a.m. in Courtroom 9 (DLB) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for a telephonic trial confirmation hearing before the Honorable Dennis L. Beck in Courtroom 9 on March 14, 2008 at 9:00 A.M. This matter is currently set for jury trial on April 21, 2008 at 9:00 A.M.

    On February 25, 2008 all parties requested a settlement conference before Magistrate Judge Dennis L. Beck. All parties further requested that the due dates for filing pre-trial statements, and the trial date of April 21, 2008 be vacated and rescheduled, if necessary, after the settlement conference.

1

Accordingly, the Court HEREBY ORDERS as follows:

1. The trial date set for April 21, 2008 is hereby VACATED;

2. This matter is set for settlement conference on March 31, 2008 at 10:00 A.M. before United States Magistrate Judge Dennis L. Beck in Courtroom 9;

3. <u>Counsel for the defendants who will try the case</u> shall participate in the settlement conference by telephone at **(559) 499-5670** <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference;

3. Counsel for the defendants is required to arrange for the participation of plaintiff by video-conference in the settlement conference. Counsel for the defendants shall notify this Court in advance of any technical arrangements that must be made with the Court in order to facilitate plaintiff's participation by video;.

4. At least five court days prior to the settlement conference, the parties shall submit <u>directly to Judge Beck's chambers</u> a confidential settlement conference statement.[1] This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement;

5. The Confidential Settlement Conference Statement shall include the following:
    A. A brief statement of the facts of the case;
    B. The relief sought; and
    C. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands;

6. Counsel for the defendants shall include an estimate of the cost and time to be expended for further pretrial and trial matters;

---

[1] United States Magistrate Judge Dennis L. Beck, 2500 Tulare Street, Room 6601, Fresno, California, 93721.

7. The telephonic trial confirmation hearing scheduled for **March 14, 2008** is HEREBY CONTINUED to **May 16, 2008** at **9:00AM**, before the Honorable Dennis L. Beck in Courtroom 9;

8. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**;

9. Plaintiff has already filed a pre-trial statement. If plaintiff wishes to amend his statement, plaintiff shall serve and file a pretrial statement as described in this Court's February 4, 2008 order on or before **April 11, 2008**;

10. The filing deadline of March 4, 2008 for defendants' pre-trial statement is HEREBY VACATED. Defendants shall serve and file a pretrial statement as described in this Court's February 4, 2008 order on or before **April 18, 2008**;

11. In addition to electronically filing their pre-trial statement, defendants shall e-mail the pretrial statement to: dlborders@caed.uscourts.gov; and

12. If plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as described in this Court's February 27, 2008 order, to the court on or before **April 11, 2008**.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   **February 29, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE