# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>           Plaintiff,<br><br>     vs.<br><br>TOMLIN, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-03-5363 AWI DLB P<br><br>ORDER DENYING MOTION TO COMPEL DISCOVERY AS MOOT<br><br>[Doc. 97]<br><br>ORDER DIRECTING CLERK OF THE COURT TO PROVIDE PLAINTIFF WITH A COPY OF COURT DOCUMENT #91. |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2007, plaintiff filed a motion for discovery requesting documents from defendants. (Doc. 89). In his motion, plaintiff also lists questions for defendants to answer. By order dated October 18, 2007, this court denied plaintiff's motion for discovery on the grounds that court permission is not necessary for discovery requests.

On February 19, 2008, plaintiff again filed a motion to compel discovery. (Doc. 97). Plaintiff advised that he was resubmitting his motion on the grounds that he had not received an answer to his previous motion. Due to the fact that the court has already denied plaintiff's previous motion to compel discovery, filed October 15, 2007, IT IS HEREBY ORDERED THAT plaintiff's motion filed February 19, 2008 is DENIED AS MOOT.

1 As plaintiff states that he did not receive a copy of the Court's previous order, the Clerk of the Court is directed to mail a copy of Court Document #91 to plaintiff with this order.

IT IS SO ORDERED.

Dated: **April 18, 2008**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE