UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, ) | Case No.: 1:03-cv-05363 LJO DLB P |
| Plaintiff, ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS FOR FURTHER DISCOVERY |
| v. ) | |
| A. PEREZ, et al., ) | (Docs. 120, 121, 124). |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On April 28, May 16, and May 19, 2008 plaintiff filed motions requesting additional discovery, well beyond the discovery deadline. (Docs. 120, 121, 124). Plaintiff contends that the defendants refused to answer his previous discovery requests/motions. It is unclear to the court whether plaintiff ever served defendants with any discovery requests and whether defendants responded to any such requests.

Accordingly, Defendants are HEREBY ORDERED to respond to plaintiff's motions within 15 days of this order.

///

///

IT IS SO ORDERED.

Dated: **June 29, 2008**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE