UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>           Plaintiff,<br><br>    v.<br><br>A. PEREZ, et al.,<br><br>           Defendants. | Case No.: 1:03-cv-05363 LJO DLB PC<br><br>ORDER DENYING MOTION FOR COPIES<br><br>(Doc. 131) |

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on September 8, 2008. On June 27, 2008, plaintiff filed a motion entitled "Motion for Court Order Copies of Exhibits to be used at trial pursuant to Federal Rules of Civil Procedure 26." (Doc. 131). In his motion, plaintiff alleges that the law librarian refuses to make copies of his trial exhibits. Plaintiff requests that the court "grant a order for those copies of all my exhibits to be used in this case." In support of his motion, plaintiff attaches as exhibits an Information Chrono dated 4/22/08 and an Inmate Request for Legal Photocopy Service form dated 5/16/08 ("Request Form").

       The Information Chrono and the Request Form both indicate that plaintiff's photocopy request was refused because plaintiff's exhibits were not in proper form. The Request Form specifically states

1  that plaintiff's request for photocopies was returned because the documents submitted were incomplete,
2  the exhibits were not properly listed, and there was no table of contents.  The form further states that the
3  "[e]xhibits are not noted in the body of the motions.  Drawings and stories are contained in the legal
4  document and cannot be linked to the motion."

5  Further, the Litigation Office at Corcoran has advised that plaintiff is entitled to law library
6  access every Tuesday, and that plaintiff has not put in a request for library law access for the past three
7  weeks.

8  Plaintiff's motion is without merit and is denied.

9  IT IS SO ORDERED.

10  Dated:   **July 17, 2008**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE