UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, </br></br> Plaintiff, </br></br> v. </br></br> A. PEREZ, et al., </br></br> Defendants. | Case No.: 1:03-cv-05363 LJO DLB PC </br></br> ORDER DENYING PLAINTIFF'S SECOND, THIRD and FOURTH MOTIONS FOR CONTINUANCE </br></br> (Doc.150, 152 and 153) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on September 8, 2008. On August 18 and 21 2008, plaintiff filed motions for a continuance of the trial date. (Docs. 150, 152, and 153). Plaintiff states that he has recently filed an appeal concerning regarding a discovery order issued in this action. (Docs. 150 and 152). Plaintiff further requests a continuance because defendants are unable to produce a witness requested by plaintiff at trial. (Doc. 153).

"When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district court cannot act until the mandate has issued on the appeal does not apply." Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007).

1  Discovery orders are generally interlocutory and not immediately appealable. United States v.
2  Ye, 436 F 3d. 1117, 1122 (9th Cir. 2006). The court does not find good cause to continue the trial date
3  before plaintiff's discovery appeal can be decided.

4  Plaintiff also requests a continuance due to the fact that defendants are unable to locate MTA
5  Maceil, whom plaintiff wishes to call as a witness at trial. On February 19 and 20, 2008, plaintiff filed
6  motions for the attendance of unincarcerated witnesses at trial, including MTA Maceil. (Doc. 95). On
7  February 27, 2008, the court advised plaintiff that he must submit a money order for the associated
8  travel expenses for each of his proposed witnesses. Plaintiff was advised that the money orders were
9  due no later than March 14, 2008. (Doc. 103). To date, plaintiff has not submitted any money order to
10 the court.

11  In the pre-trial order filed June 30, 2008, MTA Maceil is listed as a witness for defendants.
12 Defendants indicated that they would produce MTA Maceil at trial and therefore plaintiff would not be
13 required to submit the money order to secure his attendance. (Doc. 128). However, counsel for
14 defendants have since indicated that MTA Maceil has not been employed by CDCR since 2004 and that
15 his whereabouts are unknown. Defendants state that they therefore would not be producing this witness
16 at trial. (Doc. 135).

17  Granting plaintiff's request for a continuance of this trial would be of little benefit since the
18 proposed witness cannot be located by either party.

19  Accordingly, plaintiff's motions for a continuance of the trial date, filed August 18 and 21, 2008,
20 are HEREBY DENIED.

21  IT IS SO ORDERED.

22  **Dated:   August 25, 2008**          **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE