UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A. PEREZ, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:03-cv-05363 LJO DLB PC <br><br> ORDER DENYING PLAINTIFF'S <br> FIFTH MOTION FOR <br> CONTINUANCE OF TRIAL <br><br> (Doc.156) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on September 8, 2008. On August 29, 2008, plaintiff filed a motion for a continuance of the trial. (Doc. 156).

Plaintiff's motion is similar to a motion he previously filed on August 21, 2008, which was denied by the Court by order filed August 25, 2008. (Docs. 153 and 154). As was previously explained to plaintiff, a continuance of the trial on the grounds that a potential witness cannot be located will be of little benefit since the potential witness cannot be located by either party. Accordingly, plaintiff's motion, filed August 29, 2008, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **September 5, 2008**          **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE