**FILED**

SEP 0.8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CASE NO. 1:03-cv-5363 LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 8, 2008, AT 8:00 A.M. |
| v. | |
| PEREZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Michael Gonzales shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Monday, September 8, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: Sept 8, 2008        _____
                            LAWRENCE J. O'NEILL
                            UNITED STATES DISTRICT JUDGE

1