FILED

SEP 09 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>            Plaintiff,<br><br>    v.<br><br>PEREZ et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-cv-05363-LJO DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on September 8, 2008.

The jury trial in this case has concluded. Accordingly, plaintiff Gonzales, # D81-011 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Sept 9, 2008

                                                        LAWRENCE J. O'NEILL
                                                     UNITED STATES DISTRICT JUDGE

1